Case 6:23-cv-00054   Document 10   Filed on 11/30/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JORGE RAFAEL CAVAZOS, § § Plaintiff, § § V. § CIVIL ACTION NO. 6:23-CV-00054 § MARTIN & MARTIN INSURANCE § AGENCY, P.C., § § Defendant. § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 9); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, it is **ORDERED** that all current settings before the Court are **CANCELED**, and any pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case. Further, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 30, 2023